Case 2:25-cv-01482-WBV-MBN Document 3 Filed 07/21/25 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Southern Cat USA, LLC

*Plaintiff(s)*

v.

KennerCity

*Defendant(s)*

Civil Action No. 2:25-cv-01482 D (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kenner City
City of Kenner
1801 Williams Boulevard
Building C, 3rd Floor
Kenner, LA 70062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas J. Madigan, II
909 Poydras Street, New Orleans, LA 70112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

Carol L. Michel
Name of clerk of court

[signature]
Deputy clerk's signature

Date: Jul 21 2025

Case 2:25-cv-01482-WBV-MBN Document 3 Filed 07/21/25 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-01482

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* KENNER CITY / CITY OF KENNER
was received by me on *(date)* 7/23/2025.

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* NICOLE BELLOTTI - LEGAL ASSISTANT, who is
designated by law to accept service of process on behalf of *(name of organization)* KENNER CITY CITY OF KENNER OFFICE OF THE CITY ATTORNEY 1803 WILLIAMS BLVD., STE. C302 KENNER, LA 70062 on *(date)* 7/24/2025 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/24/2025

[signature]
*Server's signature*

ROBERT GARCIA / PROCESS SERVER
*Printed name and title*

P.O. BOX 6138, METAIRIE, LA 70009
*Server's address*

Additional information regarding attempted service, etc: